IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANU SAHAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-4180 |
| | : | |
| **VOYAVATION, LLC,** *et al.* | : | |
| **MCKENNA BLINMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-38 |
| | : | |
| **VOYAVATION, LLC,** *et al.* | : | |
| **GODFREY PETITFRERE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-1046 |
| | : | |
| **VOYAVATION, LLC,** *et al.* | : | |
| **DAVID BOGDAN, CAMERON ROGERS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-3313 |
| | : | |
| **VOYVATION LLC,** *et al.* | : | |
| **OLAMIDE FAJIMOLU** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-4561 |
| | : | |
| **VOYAVATION, LLC,** *et al.* | : | |
| **LILIANA MORA-CHEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-4563 |
| | : | |
| **VOYAVATION, LLC,** *et al.* | : | |

# ORDER

**AND NOW**, this 13th day of August 2025, upon considering defendant Van Hool's motion to dismiss (DI 113), plaintiff's opposition (DI 116), defendant's reply (DI 119), and for reasons in the accompanying memorandum, it is **ORDERED** defendant Van Hool's motion to

dismiss (DI 113) is **GRANTED** and we dismiss all claims against defendant Val Hool in the above cases.

*[signature]*
MURPHY, J.